# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Charles Till, Plaintiff v. National General Accident and Health Insurance Company, Defendant

Case Number: 21-cv-1256

An appearance is hereby filed by the undersigned as attorney for:

Plaintiff, Charles Till

Attorney name (type or print): John C. Kreamer

Firm: Kreamer Law Group, LLC

Street address: 1100 E. Warrenville Rd., Suite 135

City/State/Zip: Naperville, IL 60563

Bar ID Number: 6270111
(See item 3 in instructions)

Telephone Number: 630.995.3668

Email Address: jckreamer@kreamerlawgroup.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | ✔ | |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 5, 2021

Attorney signature: S/ John C. Kreamer
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015