## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Charles Till     v.
National General Accident and
Health Insurance Company

Case Number: 21-CV-01256

An appearance is hereby filed by the undersigned as attorney for:

NATIONAL GENERAL ACCIDENT AND HEALTH INSURANCE COMPANY

Attorney name (type or print): Dennis A. Berg

Firm: Pipal & Berg, LLP

Street address: 100 S. Wacker Drive, Suite 900

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6200885
(See item 3 in instructions)

Telephone Number: 312-364-0080

Email Address: dberg@pipalberg.com

Are you acting as lead counsel in this case?                   ☑ Yes    ☐ No

Are you acting as local counsel in this case?                  ☐ Yes    ☑ No

Are you a member of the court's trial bar?                     ☑ Yes    ☐ No

If this case reaches trial, will you act as the trial attorney?   ☑ Yes    ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 15, 2021

Attorney signature:     S/ Dennis A. Berg

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015