## U.S. District Court for the Northern District Of Illinois
## **Amended** Attorney Appearance Form

Case Title: Charles Till v. National General Accident and Health Insurance Company

Case Number: 21-CV-1256

An appearance is hereby filed by the undersigned as attorney for:

National Health Insurance Company

Attorney name (type or print): Dennis A. Berg

Firm: Pipal & Berg, LLP

Street address: 100 S. Wacker Drive, Suite 900

City/State/Zip: Chicago

Bar ID Number: 6200885
(See item 3 in instructions)

Telephone Number: 312-364-0080

Email Address: dberg@pipalberg.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | ✔ | |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 6, 2021

Attorney signature: S/ Dennis A. Berg

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015