IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES TILL, | ) | |
| | ) | |
| Plaintiff, | ) | No.: 21-CV-1256 |
| | ) | |
| NATIONAL GENERAL ACCIDENT AND | ) | Judge Thomas M. Durkin |
| HEALTH INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant, | ) | |

**DEFENDANT'S RULE 26(A)(1) INITIAL DISCLOSURES**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendant NATIONAL HEALTH INSURANCE COMPANY (incorrectly sued as "NATIONAL GENERAL ACCIDENT AND HEALTH INSURANCE COMPANY") hereby provide the following initial disclosures:

A.   The name, and if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

**DISCLOSURE:**

1.   Charles Till
    329 S. Lincoln Street
    Westmont, IL 60559

   Mr. Till is expected to testify about his medical conditions which existed within the 12 months immediately preceding the Effective Date of the policy including conditions leading to his hospitalization on March 14, 2018 and the allegations contained in Plaintiff's Amended Complaint.

2.   Valerie Peterson
    Director of Underwriting and Medical Management
    National General Management Corp.
    1515 N. Rivercenter Drive
    Suite 135
    Milwaukee, WI 53212

   Ms. Peterson is expected to testify about the Pre-Existing Condition review process and subsequent determination made on the claims and bases therefore.

3. Elizabeth Dummer
   Medical Risk Analyst
   National General Management Corp.
   1515 N. Rivercenter Drive
   Suite 135
   Milwaukee, WI 53212

   Ms. Dummer is expected to testify about her background as a nurse, her review of the claims for the grievance panel, and conclusions she reached concerning the existence of Pre-Existing Conditions.

4. Dr. Charlotte Heidenreich
   Heidenreich Medical Consulting
   4753 N. Larkin St.
   Whitefish Bay, WI 53211

   Dr. Heidenreich is expected to testify regarding her review of claim and conclusions concerning existence of Pre-Existing Conditions.

5. Marianne Pavach, M.D.
   MCMC LLC
   1451 Rockville Pike
   Ste 440
   Rockville, MD 20852

   Dr. Pavach is expected to testify regarding her review of claim and conclusions concerning existence of Pre-Existing Conditions.

6. Dana Mattice
   Risk Management
   National General Management Corp.
   1515 N. Rivercenter Drive
   Suite 135
   Milwaukee, WI 53212

   Ms. Mattice would testify about her involvement in claim process.

7. Amanda Kowalinski
   Risk Management Analyst
   National General Management Corp.
   1515 N. Rivercenter Drive
   Suite 135
   Milwaukee, WI 53212

   Ms. Kowalinski would testify about her involvement in claim process.

8. Jeff Eide
   Manager, Account Management
   National General Management Corp.
   1515 N. Rivercenter Drive
   Suite 135
   Milwaukee, WI 53212

   Mr. Eide was a voting member at the grievance panel and would testify about his determination.

9. Casey Lanto
   Product Manager II
   National General Management Corp.
   1515 N. Rivercenter Drive
   Suite 135
   Milwaukee, WI 53212

   Ms. Lanto was a voting member at the grievance panel and would testify about his determination.

10. Jillaine Kelley
    Manager, Clinical Risk Management
    National General Management Corp.
    1515 N. Rivercenter Drive
    Suite 135
    Milwaukee, WI 53212

    Ms. Kelley is nurse and was the medical advisor at the grievance panel.

11. Teresa Cage
    Sr. Customer Resolution Specialist
    National General Management Corp.
    1515 N. Rivercenter Drive
    Suite 135
    Milwaukee, WI 53212

    Ms. Cage coordinated the grievance panel and would testify about her role in the process.

12. Morgan McCreary
    Legal Counsel
    National General Management Corp.
    1515 N. Rivercenter Drive
    Suite 135
    Milwaukee, WI 53212

    Mr. McCreary sits on the grievance panel as a legal advisor and would testify about his role.

13. Jane Snider
    Customer Resolution Specialist
    National General Management Corp.
    1515 N. Rivercenter Drive
    Suite 135
    Milwaukee, WI 53212

    Ms. Snider would testify about her role in handling the correspondence side of the appeal (grievance panel), gathering all the documents, coordinated the medical review, and drafting letter after grievance panel made their determination.

14. Denise Bell
    Client Advocate
    Meritain Health, Inc.
    1405 Xenium Lane North, Suite 140
    Minneapolis, MN 55441

    Processing of claims.

12. Jane Rudenske
    BPO Client Advocate
    Meritain Health, Inc.
    1405 Xenium Lane North, Suite 140
    Minneapolis, MN 55441

    Processing of claims.

B. A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defense, unless solely for impeachment.

**DISCLOSURE:**

- Insurance policy 671272722;
- Medical records from Advocate Good Samaritan Hospital dated March 14, 2018 produced to plaintiff's counsel on April 12, 2021;
- Reports of Elizabeth Dummer and Dr. Charlotte Heidenreich produced to plaintiff's counsel on April 12, 2021.

C. A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 and documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

4

**DISCLOSURE:**

    Defendant does not currently claim any damages in relation to this action.

D.    For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**DISCLOSURE:**

    Not Applicable.

                                                               Respectfully submitted,

                                                               */s/ Dennis A. Berg*
                                                               Dennis A. Berg, Esq.
                                                               Pipal & Berg, LLP
                                                               100 S. Wacker Drive
                                                               Suite 900
                                                               Chicago, IL 60606
                                                               Tel: (312) 364-0080
                                                               Fax: (312) 364-0080
                                                               Email: dberg@pipalberg.com

                                                               *Attorney for National Health Insurance Company*

## CERTIFICATE OF SERVICE

The undersigned attorney, hereby certifies that on June 14, 2021, a copy of the foregoing **DEFENDANT'S RULE 26(A)(1) INITIAL DISCLOSURES** was filed electronically. Notice of this filing will be sent to the parties named below by first-class mail, postage prepaid. Parties able to received electronic filing will also receive a copy electronically:

> Joseph Urani, Esq.
> Kreamer law Group
> 1100 E. Warrenville Rd.
> Suite 135
> Naperville, IL 60563

> /s/**DENNIS A. BERG**
> Dennis A. Berg
> Pipal & Berg, LLP
> 100 South Wacker Drive
> Suite 900
> Chicago, Illinois 60606
> Telephone: (312) 364-0080
> Facsimile: (312) 364-0088
> dberg@pipalberg.com
> *Attorney for National Health Insurance Company*

6