IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES TILL, ) | |
| ) | |
| Plaintiff, ) | No.: 21-CV-1256 |
| ) | |
| NATIONAL GENERAL ACCIDENT AND ) | |
| HEALTH INSURANCE COMPANY, ) | |
| ) | |
| Defendant, ) | |

**NOTICE OF FILING**

TO:   Joseph Urani, Esq.
Kreamer law Group
1100 E. Warrenville Rd.
Suite 135
Naperville, IL 60563

      **PLEASE TAKE NOTICE**, that on the **14th** day of **June, 2021,** there was filed electronically with the Clerk of the United States District Court Northern District of Illinois, Eastern Division, Illinois, **DEFENDANT'S RULE 26(A)(1) INITIAL DISCLOSURES** a copy of which is attached hereto and served upon you.

      Respectfully submitted,

      */s/ Dennis A. Berg*
Dennis A. Berg, Esq.
Pipal & Berg, LLP
100 S. Wacker Drive
Suite 900
Chicago, IL 60606
Tel: (312) 364-0080
Fax: (312) 364-0080
Email: dberg@pipalberg.com

*Attorney for National Health Insurance Company*

## CERTIFICATE OF SERVICE

The undersigned attorney, hereby certifies that on June 14, 2021, a copy of the foregoing **DEFENDANT'S RULE 26(A)(1) INITIAL DISCLOSURES** was filed electronically. Notice of this filing will be sent to the parties named below by first-class mail, postage prepaid. Parties able to received electronic filing will also receive a copy electronically:

Joseph Urani, Esq.
Kreamer law Group
1100 E. Warrenville Rd.
Suite 135
Naperville, IL 60563

/s/DENNIS A. BERG
Dennis A. Berg
Pipal & Berg, LLP
100 South Wacker Drive
Suite 900
Chicago, Illinois 60606
Telephone: (312) 364-0080
Facsimile: (312) 364-0088
dberg@pipalberg.com
*Attorney for National Health Insurance Company*