# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Charles Till

                     Plaintiff,

v.                                    Case No.: 1:21–cv–01256

                                                Honorable Thomas M. Durkin

National General Accident and Health Insurance Company

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 27, 2021:

      MINUTE entry before the Honorable Thomas M. Durkin: The parties have agreed to the following briefing schedule on Defendant's motion to dismiss [16] [15]: Plaintiff's response is due by 9/24/2021; Defendant's reply is due by 10/8/2021. The telephone status hearing set for 10/6/2021 is vacated. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.