# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Charles Till

                Plaintiff,

v.                                         Case No.: 1:21–cv–01256

                                            Honorable Thomas M. Durkin

National General Accident and Health Insurance Company

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 3, 2021:

      MINUTE entry before the Honorable Thomas M. Durkin: The Court requires further briefing. Each party should address (in greater detail and with closer analysis of the relevant statutes and regulations than is in the current briefs) whether Plaintiff is a member of an Association Health Plan. Each party should also address whether this case should be stayed pending resolution of State of New York v. Department of Labor, 19–5125 (D.C. Cir.), which is currently stayed while the Department of Labor reviews the underlying decision and its policy regarding Association Health Plans. Each party should file a brief of ten pages or less by 1/14/2022. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.