IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES TILL, | ) |
| | ) |
| Plaintiff, | ) No.: 21-CV-1256 |
| | ) |
| NATIONAL GENERAL ACCIDENT AND | ) |
| HEALTH INSURANCE COMPANY, | ) |
| | ) |
| Defendant, | ) |

## NOTICE OF FILING

TO: Joseph Urani, Esq.
Kreamer law Group
1100 E. Warrenville Rd.
Suite 135
Naperville, IL 60563

**PLEASE TAKE NOTICE**, that on the **10th** day of **January, 2022,** there was filed electronically with the Clerk of the United States District Court Northern District of Illinois, Eastern Division, Illinois, **DEFENDANT'S SUPPLEMENTAL BRIEF IN SUPPORT OF ITS RULE 12(b)(1) AND 12(b)(6) MOTION TO DISMISS** a copy of which is attached hereto and served upon you.

Respectfully submitted,

/s/ Dennis A. Berg
Dennis A. Berg, Esq.
Pipal & Berg, LLP
100 S. Wacker Drive
Suite 900
Chicago, IL 60606
Tel: (312) 364-0080
Fax: (312) 364-0080
Email: dberg@pipalberg.com

*Attorney for National Health Insurance Company*

1

## CERTIFICATE OF SERVICE

The undersigned attorney, hereby certifies that on January 10, 2022, a copy of the foregoing **DEFENDANT'S SUPPLEMENTAL BRIEF IN SUPPORT OF ITS RULE 12(b)(1) AND 12(b)(6) MOTION TO DISMISS** was filed electronically. Notice of this filing will be sent to the parties named below by first-class mail, postage prepaid. Parties able to received electronic filing will also receive a copy electronically:

Joseph Urani, Esq.<br>
Kreamer law Group<br>
1100 E. Warrenville Rd.<br>
Suite 135<br>
Naperville, IL 60563

/s/**DENNIS A. BERG**
Dennis A. Berg
Pipal & Berg, LLP
100 South Wacker Drive
Suite 900
Chicago, Illinois 60606
Telephone: (312) 364-0080
Facsimile: (312) 364-0088
dberg@pipalberg.com
*Attorney for National Health Insurance Company*